IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**CHRISTOPHER R. PHILLIPS,**

    **Plaintiff,**

v.                                   Case No. 3:05cv416/RV/EMT

**MICHAEL L. DOMINGUEZ, ACTING
SECRETARY, DEPARTMENT OF THE
AIR FORCE,**

    **Defendant.**
_____/

## ORDER

    This case has now been transferred back to this Court from the United States Court of Federal Claims.

    The attorneys for both sides are directed to file a joint status report regarding this matter within fourteen (14) days from the date of this order. Specifically, the report shall identify what, if any, claim the plaintiff is continuing to assert, and the legal basis therefor. If there is a viable claim pending, then the report should also address the matter of this Court's jurisdiction. Finally, this report should address any pending motions and what, if anything, remains to be done.

    DONE AND ORDERED this 8th day of September, 2008.

                                                   */s/ Roger Vinson*
                                                   **ROGER VINSON
                                                   Senior United States District Judge**